# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2020

148981(63)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.
_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply is GRANTED. The 14-page reply submitted on March 24, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk